IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TORI ANGELIQUE WEATHERS            PLAINTIFF

v.        CIVIL NO. 08-5017

COOK MEDICAL INC., and
KIAN OLSEN            DEFENDANT

### ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service. Plaintiff's status as a pauper and service will be determined at a later date.

The United States District Clerk is hereby directed to **provisionally file** the complaint *nunc pro tunc* as of January 9, 2008.

IT IS SO ORDERED on this the 16th day of January 2008.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 22 2008

Chris R. Johnson, CLERK

BY
       DEPUTY CLERK

AO72A
(Rev. 8/82)