```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**TORI A. WEATHERS**                                                    **PLAINTIFF**

      v.            Civil No. 08-5017

**COOK MEDICAL INCORPORATED**
**and KIAN OLSEN**                                                      **DEFENDANTS**

### O R D E R

Now on this 30th day of June, 2008, comes on for consideration the parties' **Stipulation of Dismissal With Prejudice** (document #19), and the Court, being well and sufficiently advised, finds on the basis of said stipulation that plaintiff's claims against separate defendant Kian Olsen should be, and same hereby are, **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**